IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Rita M. Moeller, et al.<br><br>**Plaintiffs**<br><br>v.<br><br>Bank of America Home Loans, et al.<br><br>**Defendant** | CASE NO. 3:11-CV-136<br>Judge Timothy S. Black<br><br>**AGREED ENTRY EXTENDING NATIONAL EQUITY TITLE AGENCY INC. AND BANK OF AMERICA, N.A.'S TIME TO RESPOND TO DISCOVERY PROPOUNDED BY PLAINTIFF** |

NOW COMES Plaintiffs RITA M. MOELLER and DANIELLE MOELLER (MOELLER) and Defendants NATIONAL EQUITY TITLE AGENCY INC., dba NETCO, INC. (NETCO) and BANK OF AMERICA, N.A. (BANA) by and through undersigned counsel and hereby state that NETCO and BANA are granted a two week extension by which to respond to MOELLER'S First Set of Interrogatories, Requests for Admission and Request for Production of Documents.  As such, it is hereby agreed and ordered that NETCO and BANA shall submit responses to said discovery requests to MOELLER on or before April 9, 2012.

IT IS SO ORDERED.

_Timothy S. Black_
Judge Timothy S. Black

Approved by:

/s/ Lester R. Thompson (email approval 3-22-12)
Lester R. Thompson (0014841)
Charles J. Roedersheimer (0020273)
Thompson and DeVeny Co., LPA
1340 Woodman Drive
Dayton, Ohio 45432
937-252-2030
937-252-9425 fax
charles@thompsonanddeveny.com
Counsel for Plaintiffs


/s/ Steven S. Elliott (email approval 3-23-12)
Steven S. Elliott (#0076314)
Davis, Eoff & Elliott LLC
12 East Exchange Street, 8th Floor
Akron, Ohio 44308
330-434-6600
330-434-8634
selliott@daviseofflaw.com
Counsel for Defendant Netco, Inc.

/s/ Melany K. Fontanzza
Melany K. Fontanazza (#0079865)
McGlinchey Stafford PLLC
25550 Chagrin Blvd., Suite 406
Cleveland, Ohio 44122
216-378-9905
216-378-9910
mfontanazza@mcglinchey.com
Counsel for Defendant Bank of America, N.A.