UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RITA M. MOELLER, *et al.*,

    Plaintiffs,

vs                                     Civil Action No. 3:11-cv-136

BANK OF AMERICA HOME LOANS,      Judge Timothy S. Black

    Defendant.

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by counsel that this civil action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 15 days, move to reopen the action if settlement is not consummated. Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Date: 10/4/12

Timothy S. Black
United States District Judge